**Order filed September 25, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00356-CV
_____

### IN RE SUN COAST RESOURCES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-08016**

---

## ORDER

On May 4, 2018, this court entered an order staying all trial court proceedings "until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court."

On May 10, 2018, this court entered an order lifting the stay "to the limited extent of allowing the trial court to consider and rule on any requests by any party to reconsider, modify, or vacate, in part or in full, the trial court's April 18, 2018 order at issue in this mandamus proceeding."

Subsequently, at the parties' request, this court entered an additional order on May 16, 2018, modifying its May 10, 2018 order. The court's May 16, 2018 order again lifted the stay, in part, only to permit the trial court to consider and rule upon issues set for hearing on May 25, 2018, including the potential designation of responsible third parties, and real parties-in-interest's motion to compel discovery. In both the May 10 and May 16, 2018 orders, this court ordered "[a]ll other trial court proceedings remain stayed."

Relator has filed a "motion to order trial court to reschedule October 1, 2018 trial setting," which this court construes as a motion to enforce our stay orders. Pending this court's consideration of relator's motion and the mandamus petition, we **ORDER** relator to file a supplemental mandamus record containing certified or sworn copies of any orders or notices signed or issued by the trial court that relator contends violate(s) our stay orders. Relator may, but is not required to, include in the supplemental record any reporter's record of the docket call proceedings represented to have occurred on September 21, 2018. The supplemental mandamus record shall be filed in our court by **5:00 p.m. September 27, 2018**. Further, all proceedings, including proceedings incident to trial, in trial court cause number 2017-08016, *Jodi Oliver et. al. v. Sun Coast Resources,* remain **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Donovan, Brown, and Jewell